IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SERGIO ELIAS MENDEZ MENDEZ, | |
| Petitioner, | **8:17CV493** |
| vs. | **ORDER** |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Respondent. | |

This matter is before the Court on petitioner Sergio Elias Mendez Mendez's ("Mendez") Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Filing No. 1). Mendez states he is being held in Hall County Corrections in Grand Island, Nebraska, pursuant to orders by Immigration and Customs Enforcement ("ICE"). However, Mendez identifies the respondent as the United States Department of Justice, which does not have authority in this case over Hall County Corrections or ICE.[1] Mendez shall have until January 22, 2018, to file an amended petition identifying the correct respondent; if he does not do so, the Court may dismiss this case without further notice.

Dated this 8th day of January, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1] Hall County Corrections is a Nebraska state institution, and ICE is an agency under the jurisdiction of the Department of Homeland Security.